FILED
2011 Nov-07  AM 09:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

**BILLY E. FILES, et al**

       Plaintiffs,

v.                                          CV 11-PT-1171-M

**CHURCH OF GOD, et al**

       Defendants.

## MEMORANDUM OPINION

       This cause comes on to be heard on the Opposition to Request for Entry of Default filed by defendants Sonia Dinnall, Kevin Boyce and Paul Campbell, and a Motion to Dismiss filed by defendants Sonia Dinnall, Kevin Boyce, Paul Campbell, Arville Brown and Herman Smith, both motions filed on September 26, 2011.

       The argued basis for the two filings is that this court lacks personal jurisdiction of said defendants.

       Except for the written waiver of service filed by defendant Celestial Praise Church of God, Inc., the facts and law regarding the instant issues are substantially the same as those addressed in a Memorandum Opinion regarding similar motions, etc. filed by Celestial Praise.

       Defendant Campbell was served on June 13, 2011; defendant Dinnall was served on June 16, 2011; and defendant Boyce was served on June 13, 2011. Each of the returns of these services were filed on June 20, 2011. Each of the moving defendants were trustees of Celestial Praise and signed the same note that Celestial Praise signed, each as "principal, jointly and severally." As to defendants Campbell, Boyce and Dinnall, see Federal Rules of

Civil Procedure 4 and 12. Also see opinions cited in the contemporaneously filed Memorandum Opinion regarding Celestial Praise. The court will deny the Motion to Dismiss filed by all the defendants named herein. The court will further consider requests for default judgment at the scheduled hearing.

This the 7th day of November, 2011.

*/s/ Robert B. Propst*

---
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE